UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-CV-62491

BRUCE RICHARDS,

    Plaintiff,

vs.

SILVERSEA CRUISES LTD. (INC.) and
SILVERSEA CRUISES LTD., a
corporation,

    Defendant.

_____/

COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, BRUCE RICHARDS, by and through his undersigned attorneys, and sues the Defendant, SILVERSEA CRUISES LTD. (INC.) and/or SILVERSEA CRUISES, LTD., a corporation, and for his cause of action alleges:

    1.    The Court has jurisdiction of this action pursuant to 28 U.S.C. 1333.

    2.    Defendant, SILVERSEA CRUISES LTD. (INC.) and/or SILVERSEA CRUISES, LTD., is a corporation, with its principal place of business in Ft. Lauderdale, Broward County, State of Florida.

3. At all times material to this cause of action, the Defendant, SILVERSEA CRUISES LTD. (INC.) and/or SILVERSEA CRUISES, LTD., owned and/or operated the vessel, SILVER CLOUD, and said vessel was employed and engaged in the carriage of passengers for hire on cruises from Florida.

4. At all times material to this cause of action, the Plaintiff was a resident of the State of Texas.

5. On or before February 20, 2015, the Plaintiff, for a valuable consideration, purchased passage aboard the above-mentioned vessel for the purpose of a cruise.

6. On or about February 20, 2015, the Plaintiff, BRUCE RICHARDS, was on the aforesaid vessel as a passenger for hire, his fair having been paid, entitling him to a round trip cruise.

7. The Defendant, SILVERSEA CRUISES, LTD. (INC.) and/or SILVERSEA CRUISES, LTD., owned BRUCE RICHARDS the duty of reasonable care for his safety.

8. On or about February 20, 2015, during said cruise, the Plaintiff, BRUCE RICHARDS, by reason of the carelessness and negligence of the Defendant, its agent, employees, crew and dangerous conditions existing aboard the vessel, was injured when the cabin's balcony door closed on his thumb crushing and almost severing it while he was attempting to go out on the balcony.

9. The Defendant, SILVERSEA CRUISES LTD. (INC.) and/or SILVERSEA CRUISES, LTD., its agents, employees and crew, are guilty of negligence in the following acts of omission or commission:

a. They failed to maintain the ship, and specifically, the balcony door in a safe condition;

b. They created unreasonably dangerous conditions by failing to have the balcony doors equipped with safety devices to prevent the doors from unexpectedly slamming closed.

c. They knew or should have known of the unreasonably dangerous conditions created by the unsafe balcony door;

d. They failed to warn the Plaintiff of the unreasonably dangerous condition created by the balcony door;

e. They failed to correct the unreasonably dangerous condition created by the balcony door; and

Investigation and discovery are continuing and Plaintiff reserves the right to amend the Complaint to allege other conditions which caused or contributed to BRUCE RICHARDS' injuries.

10. As a direct and proximate result of the negligence of the Defendant hereinabove alleged, the Plaintiff, BRUCE RICHARDS, sustained severe injuries to his body, and more particularly, his left thumb, aggravation of a pre-existing condition, and other injuries not yet diagnosed.

11. As a direct and proximate result of the above-described incident, the Plaintiff, BRUCE RICHARDS, has in the past and will in the future suffer and incur the following damages: cost and expense of medical care, attention and treatment, the cost and expense of travel necessary to secure said medical care, attention and treatment, and the cost of related medical expenses; loss of earnings and a loss or impairment of earning capacity and working ability; physical and mental pain and suffering; disability and physical impairment; disfigurement; mental anguish; inconvenience; and loss of capacity for the enjoyment of life.

WHEREFORE, the Plaintiff, BRUCE RICHARDS, sues the Defendant, SILVERSEA CRUISES LTD. (INC.) and/or SILVERSEA CRUISES, LTD., a Florida corporation, for compensatory damages and pre-judgment interest in an amount in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest, costs and pre-judgment interest, and demands a trial by jury of all issues triable as of right by jury.

Dated this 25th day of November, 2015.

/s/Kevin McLaughlin
KEVIN McLAUGHLIN
Florida Bar No. 0085928
Wagner McLaughlin, P.A.
601 Bayshore Boulevard, Suite 910
Tampa, Florida   33606813/225-4000
813/225-4010, facsimile
Primary email: Kevin@wagnerlaw.com
Secondary: Sharon@wagnerlaw.com
Attorneys for Plaintiff